UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD A. WILLIAMS, | 1:07-cv-00925-AWI-SMS-HC |
| Petitioner, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 3) |
| v. | |
| DARREL G. ADAMS, Warden, | **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On July 5, 2007, the Magistrate Judge filed Findings and a Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED as the Petition does not allege grounds that would entitle Petitioner to habeas corpus relief.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On July 16, 2007, Petitioner filed objections to the Findings and Recommendation.

//

/

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.  Petitioner's objections do not question the Magistrate Judge's analysis.  Rather, Petitioner requests that instead of dismissing this action and having Petitioner file a new civil rights action, the court simply construe this action as a civil rights action and allow Petitioner to file an amended pleading. It is not this court's policy to construe prisoner pro se filings as "what they should be."   There is no reason why Petitioner cannot file a new action.   If statute of limitations concerns arise, Petitioner can always request that a new action be related back to the filing date of this action.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendation, filed July 5, 2007, are ADOPTED IN FULL;

2.   The Petition for Writ of Habeas Corpus is DISMISSED as the Petition does not allege grounds that would entitle Petitioner to habeas corpus relief;

3.   The Clerk of Court is DIRECTED to send Petitioner the form for a civil rights action.

IT IS SO ORDERED.

**Dated:   September 20, 2007**          /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE

2